Emma Cochran, appellee, v. Elaborated Ready Roofing Company, appellant. Gen. No. 28,472.

Judgment for money claimed by plaintiff to have been deposited upon agreement to repay on demand with interest. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Shelby B. Neltnor, Norman K. Anderson and Benjamin Clarke, for appellant. A. S. and E. W. Froehlich, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

National Drug Clerk, Inc., appellee, v. Biofood, sued as Biofood Chemical Company, appellant. Gen. No. 28,481.

Suit by magazine on contract for advertising. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed. Opinion filed October 2, 1923.

Dent, Dobyns & Freeman, for appellant. Leo L. Weil, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Gladys Fannin, appellee, v. Edward Ingram, appellant. Gen. No. 28,496.

Bastardy. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. William L. Morgan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Ellis & Westbrooks, George W. Blackwell, Harris B. Gaines, James S. Winfrey, W. Chester Kitchen and Franklin A. Lovelace, for appellant; Richard E. Westbrooks, of counsel.

Robert E. Crowe, State's Attorney, for appellee; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

J. M. Kerstein, appellee, v. Scovill Manufacturing Company, appellant. Gen. No. 28,505.

Complaint for unlawfully withholding possession of premises. Judgment for possession. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923. Rehearing denied October 15, 1923. Certiorari denied by Supreme Court (making opinion final).

John A. Bussian, for appellant. Weissenbach, Hartman & Craig and Harry Okin, for appellee; Harry Okin, of counsel.

Mr. Justice Fitch delivered the opinion of the court.